**Jerdonnis MURRAY, Plaintiff–Appellant,**

v.

**The NORTH CAROLINA DEPART-MENT OF PUBLIC SAFETY, Defendant–Appellee.**

**No. 15–1274.**

United States Court of Appeals, Fourth Circuit.

Submitted July 29, 2015.

Decided Aug. 12, 2015.

Jerdonnis Murray, Appellant Pro Se. Tamika Lynn Henderson, North Carolina Department of Justice, Vanessa N. Totten, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerdonnis Murray appeals the district court's order dismissing for failure to state a claim his complaint alleging retaliation, in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to 2000e–17 (2012), and common law negligence. We have reviewed the record and find no reversible error.* Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* *See Boyer–Liberto v. Fontainebleau Corp.,* 786 F.3d 264, 284 (4th Cir.2015) (en banc) (holding that hostile work environment claim may be predicated on isolated incident if harassment is physically threatening or humiliating); *Wrightson v. Pizza Hut of Am., Inc.,* 99 F.3d 138, 142 (4th Cir.1996) (recognizing that Title VII does not protect against sexual orientation discrimination).